■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUISE RAMIREZ, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on August 21, 1985, unanimously affirmed. Motion by defendant-appellant to remit case for evidentiary hearing is denied. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur— Sullivan, J. P., Asch, Fein, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM MOORE, Appellant.—Judgment, Supreme Court, Bronx County (Jack Rosenberg, J.), rendered on or about March 26, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Asch, Fein, Kassal and Ellerin, JJ.